# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>JOSEPH SALES,<br><br>      Defendant. | CASE NO.: 2:23-mj-00259-EJY<br><br>ORDER |

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. The parties have stipulated to continue the Preliminary Hearing date.

2. This Court, being convinced that adequate showing has been made that were this request for continuance to be denied, the ends of justice would not be served, based on the following:

A. Currently, this matter is set for Preliminary Hearing on April 13, 2023.

B. Both parties require more time to brief pretrial motions.

C. Both parties agree to this continuance

D. Mr. Sales is not in custody and agrees with the continuance.

E. Denial of this request for continuance could result in a miscarriage of justice.

F. For all of the above-stated reasons, the ends of justice would best be served by a continuance of the Preliminary Hearing to **June 13, 2023 at 3:30 p.m. in Courtroom 3A**.

IT IS ORDERED.

Entered this 7th day of April 2023

_____
ELAYNA YOUCHAH
UNITED STATES MAGISTRATE JUDGE