JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7708
EDWARD G. VERONDA
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
edward.veronda@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00110-RFB-BNW |
| Plaintiff, | **Motion to Dismiss Case Pursuant to Pretrial Diversion Agreement** |
| v. | |
| JOSEPH SALES, | |
| Defendant. | |

    Defendant Joseph Sales was charged by indictment with Conspiracy to Commit Interstate Transporation of Stolen Property in violation of 18 U.S.C. §§ 371 and 2314. ECF No. 22. To resolve the charge, Sales entered into a Pretrial Diversion Agreement with the United States Attorney's Office. ECF No. 36. Under the terms of the agreement, Sales was obligated to satisfy twelve conditions during an 12-month period, all while under the supervision of Pretrial Services. This filing informs the Court that Sales has successfully completed the conditions of the agreement, and seeks dismissal of the indictment.

    Federal Rule of Criminal Procedure 48(a) provides that "[t]he government may, with leave of court, dismiss an indictment, information, or complaint." Based on

information provided by Pretrial Services, Sales has complied with the conditions. Accordingly, the United States deems Sales to have successfully completed the terms of the Pretrial Diversion Agreement, and based on his having done so, the United States moves for dismissal of the indictment.

Dated this 16th day of October, 2024.

Respectfully,

JASON M. FRIERSON
United States Attorney

*/ s / Edward G. Veronda*
_____
EDWARD G. VERONDA
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00110-RFB-BNW |
| Plaintiff, | **Order Granting Motion to Dismiss Indictment** |
| v. | |
| JOSEPH SALES, | |
| Defendant. | |

The United States has filed a motion seeking dismissal of the indictment against defendant Sales in which he is charged with Conspiracy to Commit Interstate Transporation of Stolen Property under 18 U.S.C. §§ 371 and 2314. ECF No. 22. According to the United States, Sales has successfully completed the conditions of a Pretrial Diversion Agreement that he entered with the United States to resolve the charge against him. Based on the government's motion under Federal Rule of Criminal Procedure 48(a), it is HEREBY ORDERED that the indictment is DISMISSED.

Further, IT IS ORDERED, the [37] First Motion for Termination of Supervised Release/Probation is DENIED as Moot.

DATED this <u>17TH</u> day of October, 2024.

_____
HON. RICHARD F. BOULWARE, II
United States District Court Judge

3